(70 South. 516)

No. 21732.

STATE ex rel. BODIN v. DEMOCRATIC PARISH EXECUTIVE COMMITTEE OF PARISH OF ST. JOHN THE BAPTIST et al.

(Dec. 18, 1915.)

Appeal from Twenty-Eighth Judicial District Court, Parish of St. John the Baptist; John E. Fleury, Judge.

Mandamus by the State, on the relation of Hamilton Bodin, against the Democratic Parish Executive Committee of the Parish of St. John the Baptist and others. From judgment for respondents, relator appeals. Reversed, with directions.

Guion, Lambremont & Hebert, of New Orleans, and J. V. Chenet, of Garyville, for appellant. Prentice E. Edrington, Jr., of New Orleans, and L. Maurice Reynaud, of Lucy, for appellees.

SOMMERVILLE, J. Relator, Bodin, is an applicant for nomination to the office of the clerk of court for the parish of St. John the Baptist, and the case presents for consideration the law and the facts presented in the case of State ex rel. Millet v. Parish of St. John the Baptist, 138 La. 562, 70 South. 514, just decided, except as to the difference in the office of the relator; and for the reasons assigned in that case:

It is ordered, adjudged, and decreed that the judgment appealed from be annulled, avoided, and reversed; that a mandamus issue in this case directed to the respondent committee and the several members thereof, directing, ordering, and commanding it and them to print, and to cause to be printed, the name of Hamilton Bodin upon all the ballots to be printed for use and to be cast at the primary election to be held in the parish of St. John the Baptist on the 25th day of January, 1916, as a candidate of the Democratic party for nomination for the office of clerk of court for said parish; all at the cost of respondent.